IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRISTIN ADDISON                                                                    PLAINTIFF

v.                              No. 3:22-cv-163-DPM

PATRICIA MARSHALL, Administration,
Poinsett County Detention Center;
RON HUNTER, Judge, Poinsett County;
REGINA HINDMAN, Correctional
Officer, Poinsett County Detention
Center;   and CAGEL, Police Sgt.,
Truman Police Department                                                       DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Addison hasn't filed an amended complaint; and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2022