# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TRISTIN ADDISON**                                                                               **PLAINTIFF**

**v.**                       **No. 3:22-cv-163-DPM**

**PATRICIA MARSHALL, Administration,**
**Poinsett County Detention Center;**
**RON HUNTER, Judge, Poinsett County;**
**REGINA HINDMAN, Correctional**
**Officer, Poinsett County Detention**
**Center; and CAGEL, Police Sgt.,**
**Truman Police Department**                           **DEFENDANTS**

## JUDGMENT

Addison's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2022